# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |  |
|---|---|---|
| **ALLISON HAMES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 18-cv-2121-SHM-cgc |
| | ) | |
| **SUNTRUST BANK, CITIBANK,** | ) | |
| **N.A., and JEFFERY CRANFORD,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER GRANTING MOTION TO LIFT STAY

Before the Court is Plaintiff Allison Hames's ("Hames") January 12, 2023 Motion to Lift Stay. (ECF No. 53.) The case was stayed pending the completion of criminal proceedings against Defendant Jeffery Cranford ("Cranford"), <u>United States v. Jeffery Cranford</u>, No. 18-cr-20103-JDB, because restitution ordered in that case could affect Hames's potential recovery in this case. (ECF Nos. 26, 27.) Defendants Citibank, N.A. and Truist Bank, formerly known as SunTrust Bank, oppose Hames's Motion because, although restitution has been determined for Cranford, restitution has not been determined for two of Cranford's co-defendants, Caesar Oruade ("Oruade") and Ayana Saunders ("Saunders"). (ECF No. 55.) Citibank, N.A. and Truist Bank argue that, because Oruade and Saunders identified Hames as

one of their victims, the impact of the criminal proceeding on this case has not been fully determined.

On May 24, 2023, the Court entered an Order on Restitution as to Oruade and Saunders. (United States v. Cranford, No. 2:18-cr-20103-JDB, ECF No. 312.) Because the restitution amounts have been determined, stay is no longer appropriate. Hames's Motion to Lift Stay is **GRANTED**. Defendants have 21 days from the day this Order is entered to file responsive pleadings to the Complaint. A scheduling order will be entered after conferring with the parties.

So ordered this 1st day of June, 2023.

                         /s/ *Samuel H. Mays, Jr.*
                         SAMUEL H. MAYS, JR.
                         UNITED STATES DISTRICT JUDGE