**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION**

| | | |
|---|---|---|
| ALLISON HAMES,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST BANK, CITIBANK, N.A., and JEFFERY CRANFORD,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:18-cv-02121-SHM-cgc<br>JURY DEMANDED |

**TRUIST BANK'S MOTION TO DISMISS**

Defendant Truist Bank ("Truist"), formerly known as SunTrust Bank, hereby moves this Court to dismiss Plaintiff Allison Hames' ("Hames") Amended Complaint for Damages ("Complaint", ECF No. 20) against Truist pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted against Truist.

Hames' common law negligence, recklessness, breach of contract and breach of fiduciary duty claims are displaced by Article 4A of the Tennessee UCC, under which Truist is not liable to Hames, as a matter of law, for executing the wiring instructions Hames provided in person. And even if such claims were not displaced, Truist should be dismissed as a defendant because it did not owe fiduciary duties to Hames, and Hames cannot identify a contractual provision that Truist allegedly breached.

Truist attaches to this Motion to Dismiss the following documents, which the Court can consider without converting the Motion to Dismiss into a motion for summary judgment, because the matters referenced therein are referred to in the Complaint and are central to the

plaintiff's claims[1]:

Exhibit 1 – Receipt – Recipient Transfer – Reference No. XXXXXXXX-XXXX9072

Exhibit 2 – Initiate Wire Screen Print

Exhibit 3 – Verification of Account Authority and Client Identification

Exhibit 4 – Judgment in a Criminal Case, *U.S. v. Cranford*, Case No. 18-cr-20103, Doc. No. 248

Exhibit 5 – Order on Restitution, *U.S. v. Cranford*, Case No. 18-cr-20103, Doc. No. 312

For the foregoing reasons, as set forth in greater detail in Truist's Memorandum of Law that is filed concurrently with this Motion, this Court should dismiss Truist from this action with prejudice, and grant Truist such other and further relief as is just and proper.

Respectfully submitted,

*/s/ Stephen M. Montgomery*

Amy Sabbota Gottlieb (MI Bar P67020)
Dickinson Wright PLLC
2600 West Big Beaver Road, Suite 300
Troy, Michigan 48084
Telephone: 248.433.7286
Facsimile: 844.670.6009
agottlieb@dickinsonwright.com

Stephen M. Montgomery (TN Bar 026489)
Dickinson Wright PLLC
424 Church Street, Suite 800
Nashville, Tennessee 37219
Telephone: 615.244.6538
Facsimile: 844.670.6009
smontgomery@dickinsonwright.com

*Counsel for Defendant Truist Bank*

[1] *See Qiu v. Univ. of Cincinnati*, 803 Fed.Appx. 831, 834 (6th Cir. 2020); *Gavitt v. Born*, 835 F.3d 623, 640 (6th Cir. 2016).

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

*/s/ Stephen M. Montgomery*
Stephen M. Montgomery