# RECEIPT

## Recipient Transfer

**Reference Number** [redacted]9072

**Branch** 8000928 BARTLETT BRANCH
**Payment Amount** [redacted]USD
**Debit Amount** USD
**Rate**
**Contract Number**
**Charge Party** None

**Send Date** 26MAY2017 **Value Date** 26MAY2017 **Time:** 15:21

**Consumer X-Border** Not D-F

## Debit Party

D/1000197539454
ALLISON H HAMES
[redacted]
MEMPHIS TN [redacted]

## Recipient

Is Recipient a Bank? No
[redacted]6554
RESIDE EQUITY PROPERTIES, LLC

## Recipient's Bank

[redacted]1184
CITIBANK, N.A.
SAN FRANCISCO, CA

## Bank to Bank Information

## Originator to Recipient Information

REFERENCE:
ALLISON H HAMES
[redacted]
MEMPHIS, TN [redacted]