SunTrust

# INITIATE WIRE

**Is the Client Present?** (●) Yes ( ) No

Branch: 8000928
Teammate: Taylor.Lafadio.T
Region: Memphis

Source of the request: Walk-In

---

## Client Information / By Order Of

Client Type: (●) Personal (Consumer) ( ) Business (Corporate)

Wire Destination: (●) Domestic ( ) International (Cross Border)

Client / Business Name: Allison H Hames

Requestor (if Business Request):

Physical Street Address (PO Box Not Allowed): [redacted]

Address Line 2:

City: Memphis

State: TN Zip Code: [redacted]

Country: United States

Telephone Number: 4796406309 Ext.

**Source of Funds:** If Debit Party is a GL account, select the source of funds type: -- Select --

Additional Information (If 'Other' was selected):