## Verification of Account Authority and Client Identification

**Method of Account Authority Verification (Check All That Apply)**

☑ Signature Card

☐ Certificate of Authority (Business)

☐ Trust Agreement

☐ Schedule A* (Used to establish customized initiation / verification limits or account authorities for authorized users)

☐ Corporate Borrowing Resolution

☐ Other

☑ I attest that the Method(s) of Account Authority Verification selected above has been verified.

**Method of Identification (Check All That Apply)**

☑ Primary ID Type and Number

TNDL redacted

☑ Secondary ID

Mastercard

☐ Other

☐ Personally Known

☑ I attest that the Method(s) of Identification selected above has been verified.

Who verified that the requestor is personally known?

**Entry Operator:** UTLT49

Exceptions to Policy:

Exception Approved By (Name and Title):

Signature of Exceptions Approver: ______________________

**Branch** 8000928 BARTLETT BRANCH

**Payment Amount** [redacted]

**Currency** USD - US dollar

**Rate** Direct

**Contract Number**

**Debit Amount** [redacted] USD

**Charge Party** None

**Date** Value

**Leave the date field blank unless wire is future dated**

**Consumer X-Border** Not D-F

**Disclosure Language** English

**Currency**

## Debit Party

D-DDA [redacted]9454
ALLISON H HAMES
[redacted]
MEMPHIS TN [redacted]

## Recipient

Not On Us [redacted]6554
RESIDE EQUITY PROPERTIES, LLC

## Recipient's Bank

A-ABA [redacted]184
CITIBANK, N.A.
SAN FRANCISCO, CA

## Bank to Bank Information

## Originator to Recipient Information

Reference:
Allison H Hames
[redacted]
Memphis, TN [redacted]