IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 18-cr-20103 |
| v. | ) | |
| CAESAR ORUADE,and<br>AYANA SAUNDERS, | ) | |
| Defendants. | ) | |

---

ORDER ON RESTITUTION

---

Upon motion of the United States, evidence presented, and arguments of counsel it is hereby:

ORDERED, ADJUDGED AND DECREED that Caesar Oruade and Ayana Saunders are each ordered to pay $1,012,551.64 in restitution as outlined below. The restitution is joint and several with each other.

| Name of Payee | Restitution Ordered |
|---|---|
| Wanda McGhee | $299,800.00 |
| Symetra | $164,499.27 |
| Nathan Vogel | $ 26,588.53 |
| Christine Villorente | $ 59,665.03 |
| Karen Durfee | $ 50,523.49 |
| Allison Hames | $ 46,143.52 |
| Maria Hernandez | $ 50,000.00 |
| John Hester | $ 37,306.35 |
| Jayme Dunkelberger | $ 25,000.00 |
| Don Brazelton | $ 10,425.00 |

| | | |
|---|---|---|
| Beverly Evvard | | $ 7,800.98 |
| Donna Lambuth | | $ 5,500.00 |
| Cuong Chu | | $ 4,877.13 |
| Rob Terpilowski | | $ 2,150.00 |
| Brennan Veikle | | $ 18,077.37 |
| Sally Sylvestri | | $ 58,000.00 |
| Manuel Capote | | $ 6,795.00 |
| Joanne Crecco-Davis | | $139,400.00 |
| | Total | $1,012,551.67 |

A third amended judgment will be entered against Caesar Oruade and an amended judgment entered against Ayana Saunders to reflect the contents of this order on restitution.

Entered this 24th day of May, 2023.

s/ J. DANIEL BREEN
J. Daniel Breen
Senior United States District Judge

APPROVED:

/s Raney Irwin
Raney Irwin
Assistant U.S. Attorney

/s Michael Stengel
Michael J. Stengel
Counsel for Caesar Oruade

/s Lee Gerald
Lee Gerald
Counsel for Ayana Saunders