**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| ALLISON HAMES,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST BANK, CITIBANK, N.A., and JEFFERY CRANFORD,<br><br>Defendants. | ) | Case No. 2:18-cv-02121-SHM-cgc<br>JURY DEMANDED |

**DEFENDANT CITIBANK, N.A.'S MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT FOR DAMAGES**

Defendant Citibank, N.A. ("Citibank") moves this Court to dismiss Plaintiff's Amended Complaint (ECF No. 20) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As set forth in Citibank's Memorandum in Support filed contemporaneously with this Motion, Plaintiff fails to state a claim upon which relief can be granted against Citibank. Citibank respectfully requests this Court to grant this Motion and dismiss Plaintiff's claim against Citibank with prejudice.

Dated: June 21, 2023.

Respectfully submitted,

s/ Matthew S. Mulqueen

Matthew S. Mulqueen (TN #28418)
Pete A. Brunson (TN #37109)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.526.2000
mmulqueen@bakerdonelson.com
pbrunson@bakerdonelson.com
*Counsel for Defendant Citibank, N.A.*