**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**ALLISON HAMES,**

**Plaintiff,**

**v.** **No. 2:18-cv-02121-SHM-cgc**
**JURY DEMANDED**

**SUNTRUST BANK, CITIBANK, N.A.,**
**and JEFFREY CRANFORD,**

**Defendants.**

---

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

---

Plaintiff, Allison Hames, by and through her legal counsel of record, Kevin A. Snider of Snider & Horner, PLLC, responds to the Motions to Dismiss filed by Defendants SunTrust Bank and Citibank, N.A., on June 20, 2023 and June 21, 2023. In the interest of brevity and ease for the Court, Plaintiff will refer to Defendants SunTrust Bank and Citibank, N.A. collectively as "Bank Defendants," as the arguments raised in their motions to dismiss are nearly identical. Plaintiff respectfully requests this Court deny Bank Defendants' motions to dismiss and for any other relief that is just and proper. To the extent that this Honorable Court finds the Plaintiff's Amended Complaint inadequate in some respect, Plaintiff requests leave of Court to file an Amended Complaint to cure any such identified deficiency.

Respectfully submitted,

s/ Kevin A. Snider
Kevin A. Snider (TN #18231)
SNIDER & HORNER, PLLC
Corporate Gardens
9056 Stone Walk Place
Germantown, TN 38138
(901) 751-3777
ksnider@kevinsnider.com
*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system:

/s/ *Kevin A. Snider*
Kevin A. Snider